

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

July 12, 2018

Chambers, Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601

Re:       Joshua P. Finch and Kathie L. Finch
Case No.  17-36316-cgm

Dear Hon. Cecelia G. Morris:

Please accept this letter as a request to mark the Motion for Relief hearing settled. The hearing is currently scheduled for July 31, 2018 at 9:30am. Debtor's Counsel has advised our office that his client is interested in settling this matter with a conditional order.

If you have any questions, please feel free to call.

Very truly yours,

By:    Courtney R Williams, Esq.

cc:    Gregory T. Dantzman, Esq.