

_____
1325 Franklin Avenue, Suite 230, Garden City, NY 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

October 22, 2019

Hon. Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY 12601-3315

**Re: Joshua P. Finch and Kathie L. Finch; Case No.: 17-36316-cgm**

Dear Chief Judge Morris:

Our office represents SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, a secured creditor of the above referenced Debtors. Please be advised that the Motion for Relief from the Automatic Stay scheduled to heard on October 22, 2019 has been settled.

An order conditionally granting relief from the automatic stay has been submitted to be entered with the Court.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

                                                    Respectfully submitted,

                                                    By: /s/ Jonathan Schwalb
                                                    Jonathan Schwalb, Esq.
                                                    FRIEDMAN VARTOLO LLP
                                                    Attorneys for Movant
                                                    Friedman Vartolo LLP
                                                    85 Broad Street, Suite 501
                                                    New York, NY 10004
                                                    T: (212) 471-5100
                                                    F: (212) 471-5150